UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CR-628-ZMB |
| | ) | |
| EARL JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Defendant Earl Jackson's Motion to Suppress. Doc. 27. Jackson asks the Court to exclude the firearm and controlled substances that were recovered during his seizure and subsequent search on September 18, 2024. *Id.*; *see also* Doc. 50. In other words, he seeks the suppression of evidence giving rise to all three of his pending charges. *See* Doc. 2.

The Court referred pretrial motions to United States Magistrate Judge Stephen R. Welby pursuant to 28 U.S.C. § 636(b). After conducting an evidentiary hearing, *see* Doc. 45, Judge Welby issued a thorough Report and Recommendation (R&R), which explains in detail why each of Jackson's arguments fail. *Id.* at 7–12. Judge Welby also advised the parties that they had 14 days—or until October 1, 2025—to file any objections. *Id.* at 12. Neither party has done so.

After conducting *de novo* review[1] of the R&R, the parties' briefing, the evidentiary-hearing transcript, and the exhibits, as well as an independent examination of relevant precedent, the Court adopts Judge Welby's R&R in full. There is no basis under the facts and law to suppress the evidence law enforcement seized from Jackson. Thus, the Court denies his Motion to Suppress.

---

[1] There are compelling arguments for applying "some lesser review" of an R&R when neither party objects—not least of which is the negative implication of the statutory requirement of *de novo* review only if a party objects. *See* 28 U.S.C. § 636(b)(1)(C); *United States v. Simeon*, 115 F. Supp. 3d 981, 994–95 (N.D. Iowa 2015). Nevertheless, the Court reaches the same conclusion even under the more exacting standard of *de novo* review.

Accordingly, the Court **SUSTAINS**, **ADOPTS**, and **INCORPORATES** Judge Welby's

[54] Report and Recommendation and **DENIES** Jackson's [27] Motion to Suppress.

So ordered this 22nd day of October 2025.

ZACHARY M. BLUESTONE
UNITED STATES DISTRICT JUDGE